FILED
January 14, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL BRETZING, ) <br> ) <br> Defendant. ) | Case No. 2:14-mj-00006-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ,MICHAEL BRETZING, Case No. 2:14-mj-00006-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

  _X_   Unsecured Appearance Bond

  ___   Secured Appearance Bond

  _X_   (Other) Conditions as stated on the record.

  _X_   (Other) The defendant is ordered to appear in Portland, Maine on 1/27/2014 at 10:00 a.m

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   1/14/2014   at  2:15 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge