1   CARL E. LARSON, Bar #48162
    Attorney at Law
2   9490 Golden Gate Avenue
    Orangevale, CA 95662
3   Telephone: (916) 989-9226
    carldeelarson@aol.com
4

5   Attorney for Defendant
    MICHAEL BRETZING
6

7               IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  Case No.   14-mj-00006-EFB
                                     )
11          Plaintiff,               )  ORDER FOR TRANSPORTATION AND
                                     )  SUBSISTENCE
12      v.                           )
                                     )
13  MICHAEL BRETZING,                )  Judge: Edmund F. Brennan
                                     )
14          Defendant.               )
                                     )
15  _____ )

16  TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

17         This is to authorize and direct you to furnish the above named defendant, MICHAEL

18  BRETZING, with transportation and subsistence expenses for travel from Sacramento,

19  California to Portland, Maine to timely make his appearance on January 27, 2014 at 10:00 a.m. at

20  156 Federal Street, Portland, Maine 04101 before the Magistrate Judge.  Mr. Bretzing will also

21  need return transportation to his residence on or after January 27, 2014.  The United States

22  Marshal shall furnish Mr. Bretzing with money for subsistence expenses to and from his

23  destination, not to exceed the amount authorized as a per diem allowance for travel under section

24  5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. § 4285.

25

26  **IT IS SO ORDERED.**

27  Dated:  January 22, 2014.

28                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE